# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Izabel Aciar                                    CASE NO.: 26–22526–dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–2958

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable David S Jones in this Chapter 13 case.

Izabel Aciar was dismissed from the case on June 23, 2026 .

Dated: June 23, 2026                        Vito Genna
                                            Clerk of the Court