# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 6/23/2026 |
| Case: 26–22526–dsj | Form ID: 131 | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Thomas C. Frost | info@FrostSDNY13.com |
| aty | Ernest A. Yazzetti, Jr. | ernest.yazzetti@mccalla.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Izabel Aciar | 228 North 5th Avenue   Mount Vermon, NY 10550 |
| cr | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET–BACKED BONDS, SERIES 2005–8   c/o McCalla Raymer Leibert Pierce, LLP   Bankruptcy Department   420 Lexington Avenue Suite 840   New York, NY 10170 | |
| smg | N.Y. State Dept. Of Taxation And Finance   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 | |
| smg | N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201–0551 | |
| smg | New York City Department of Finance   Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038 | |
| smg | New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 | |
| smg | Parking Violations Bureau   210 Joralemon Avenue   Brooklyn, NY 11201 | |
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 | |
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 | |
| smg | Westchester County Sheriff's Dept.   Room L 217   110 Dr. Martin Luther King Blvd.   White Plains, NY 10601–2519 | |
| 9420837 | Capital One, N.A.   4515 N Santa Fe Ave   Oklahoma City, OK 73118 | |
| 9419635 | Citizens Bank N.A.   One Citizens Bank Way   Johnston, RI 02919   Mailstop JCA 115 | |
| 9417003 | DEUTSCHE BANK NATIONAL TRUST   Attn:LOGS Legal Group LLP   175 Mile Crossing Boulevard   Rochester, New York 14624 | |
| 9420548 | DEUTSCHE BANK NATIONAL TRUST COMPANY   c/o McCalla Raymer Leibert Pierce, LLP   Bankruptcy Department   420 Lexington Avenue, Suite 840   New York, NY 10170 | |
| 9422258 | JPMorgan Chase Bank, N.A.   s/b/m/t Chase Bank USA, N.A.   Robertson, Anschutz, Schneid, Crane & Partners, PLLC   6409 Congress Avenue, Suite 100   Boca Raton, FL 33487 | |

TOTAL: 15